# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

147672

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHARLES J. MELKI,
      Plaintiff-Appellant,

v

                                     SC: 147672
                                     COA: 309964
                                     Genesee CC: 10-094216-CZ

CLAYTON CHARTER TOWNSHIP, DALE
JONES, MICHAEL POWERS, CHARLOTTE
BROWN, STEVEN MOORE, ERIC ECKLES,
and JAMES PRIESTLY,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the July 25, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk